THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL TOPOLSKI, Appellant.

Submitted February 6, 2006; decided February 16, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from an order

or judgment entered in a criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).